# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154360(72)

MICHAEL MARTIN,
        Plaintiff-Appellee,

v

SC: 154360
COA: 328240
Kalamazoo CC: 2013-000485-NO

MILHAM MEADOWS I LIMITED
PARTNERSHIP and MEDALLION
MANAGEMENT, INC.,
        Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a late brief amicus curiae is GRANTED. The amicus brief submitted on November 27, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk